JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SS INNERPRIZE, LLC, a Colorado limited
liability company; and GREGORY DON
HREHOVCSIK, an individual,

              Plaintiffs,

v.

MARTIN E. BUTTON LLC D/B/A
COSDEL INTERNATIONAL
TRANSPORTATION, a California limited
liability company; and PASSPORT AUTO
LOGISTICS, LLC, a Missouri limited
liability company,

              Defendants.

Case No.: 2:22-cv-03028-SPG-JEM

**ORDER FOR DISMISSAL**

On 26 August 2022, all the Parties appearing in this action filed a STIPULATION
FOR WITH PREJUDICE DISMISSAL OF THE ENTIRE ACTION
("Stipulation").  ECF 58.

//

//

//

The Court, having considered the Parties filing and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows: this action is dismissed, with prejudice.

IT IS SO ORDERED.



Dated:   August 31, 2022

_____

SHERILYN PEACE GARNETT

UNITED STATES DISTRICT COURT JUDGE